# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2022

*The Court of Appeals hereby passes the following order:*

**A22I0221. JARRELL DANIEL RIVAZ v. THE STATE.**

On June 8, 2022, the trial court entered an order denying Jarrell Daniel Rivaz's motion to suppress. The trial court certified its order for immediate review 15 days later, on June 23, 2022. Rivaz then filed this application for interlocutory review.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Because the trial court here did not enter the certificate of immediate review within ten days of its order denying Rivaz's motion to suppress,[1] Rivaz's interlocutory application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/26/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The "certificate of immediate review" that was entered on June 20, 2022, was of no effect because it was not signed by the trial court, but by Rivaz's counsel.